# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICAH ANGEL**  PLAINTIFF

v.  No. 3:17-cv-133-DPM

**JONESBORO POLICE DEPARTMENT**  DEFENDANT

## ORDER

The Court gave Angel an opportunity to amend her complaint to avoid dismissal. The deadline has passed, and she hasn't done so. Her complaint will therefore be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2017