# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICAH ANGEL                                                           PLAINTIFF

v.                         No. 3:17-cv-133-DPM

JONESBORO POLICE DEPARTMENT                                          DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 July 2017